UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO MARTINEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>    Defendants. | Case No. 15-cv-03763-RMW<br><br>**ORDER DISMISSING CASE** |

On October 16, 2015, the court dismissed plaintiff's complaint with leave to amend within seven (7) days. Dkt. No. 20. Plaintiff did not file an amended complaint and appears to have abandoned the action. Accordingly, the case is dismissed. All pending motions are terminated, and the case management conference set for November 13, 2015 is vacated. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: November 5, 2015

_Ronald M. Whyte_
Ronald M. Whyte
United States District Judge

15-cv-03763-RMW
ORDER DISMISSING CASE
FC

1